[No. 6510-1.   Division One.   April 30, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY
COOPER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84446, Jack P. Scholfield, J., entered April 3,
1978. *Affirmed in part* and *remanded* by unpublished
opinion per Swanson, A.C.J., concurred in by James and
Dore, JJ.

[No. 6532-1.   Division One.   April 30, 1979.]

*In the Matter of the Welfare of*
JOHN DREW MCGEE.

Appeal from a judgment of the Superior Court for King
County, No. J–78507, Frank D. Howard, J., entered April 5,
1978. *Affirmed* by unpublished opinion per Farris, J., con-
curred in by James and Dore, JJ.

[No. 6535-1.   Division One.   April 30, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
JAMES HARKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83851, Herbert M. Stephens, J., entered April
18, 1978. *Affirmed* by unpublished opinion per Dore; J.,
concurred in by Swanson, A.C.J., and James, J.

[No. 6571-1.   Division One.   April 30, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
W. FLOWERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 76634, David C. Hunter, J., entered April 25,
1978. *Affirmed* by unpublished opinion per Dore, J., con-
curred in by Swanson, A.C.J., and James, J.